# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| STEPHANIE BROWN, on behalf of herself and others similarly situated, | : <br> : Case No. 8:22-cv-01479-TPB-SPF <br> : |
| Plaintiff, | : <br> : |
| v. | : **CLASS ACTION** <br> : |
| SAFE STREETS USA LLC, | : <br> : |
| Defendant. | : <br> : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Stephanie Brown hereby provides notice of the voluntary dismissal of this action without prejudice, with each party to bear its own fees and costs.

Dated: September 20, 2022

Respectfully submitted,

*/s/ Avi Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman